UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LUCAS BRINKMEYER, individually
and on behalf of all others similarly
situated,

                      Plaintiff,

v.

MEDIACOM COMMUNICATION
CORPORATION,

                      Defendant.
---------------------------------------------------------X

**ORDER**

24-CV-9236 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The docket indicates that mediation was held and agreement was reached on all issues. (Doc. 25). Accordingly, it is hereby **ORDERED** that the parties shall file, by **February 28, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

                                              SO ORDERED.

Dated: White Plains, New York
         February 20, 2025

                                              PHILIP M. HALPERN
                                              United States District Judge