IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCAS BRINKMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDIACOM COMMUNICATION CORPORATION, a Delaware corporation,<br><br>Defendant. | **ORDER**<br><br>24-CV-9236 (PMH) |

~~PROPOSED~~ **JUDGMENT**

PHILIP M. HALPERN, United States District Judge:

The Defendant has made an Offer of Judgment in the amount of $9,500 pursuant to Federal Rule of Civil Procedure 68, which Plaintiff has accepted. Accordingly, it is hereby **ORDERED** that this action be and hereby is dismissed with prejudice.

**SO ORDERED.**

Dated: White Plains, New York
       March 28, 2025

PHILIP M. HALPERN
United States District Judge

1